IDA E. LESTER, as Administratrix of the Estate of FLORENCE V. LESTER, Deceased, Appellant, *v.* HARRY CRABTREE et al., Respondents.

*Lester* v. *Crabtree*, 125 App. Div. 617, affirmed.
(Argued March 22, 1910; decided April 5, 1910.)

APPEAL from a judgment entered May 7, 1908, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a dismissal of the complaint and granting a new trial and affirmed the dismissal of the complaint in an action to recover, for personal injuries alleged to have been sustained by plaintiff's intestate through the negligence of defendant, her employer.

*R. H. Barnett* for appellant.

*Charles C. Nadal* and *Harold S. Recknagel* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.